♦AO 245D    (Rev. 3/01) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __CALIFORNIA__

FILED 2006 OCT 25 AM 8:22
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY __KO__ DEPUTY

UNITED STATES OF AMERICA
v.
ROBERTO GERONIMO-ROMERO

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number:    99CR2873-BTM

__CANDIS LEA MITCHELL, F/D__
Defendant's Attorney

**REGISTRATION No.**    55917198

X    admitted guilt to violation of allegation(s)    __1__

___    was found in violation of allegation(s) No.    ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following allegation(s):

**Allegation Number**          **Nature of Violation**
ONE                            Not commit another federal, state or local crime

Supervised Release is revoked and the defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

       IT IS ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

__OCTOBER 11, 2006__
Date of Imposition of Sentence

*/s/ Barry Ted Moskowitz/*
BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

Entered Date:

AO 245B     (Rev. 9/00) Judgment in Criminal Case
            Sheet 2 — Imprisonment

Judgment — Page   2   of   4  

DEFENDANT:     ROBERTO GERONIMO-ROMERO
CASE NUMBER:     99CR2873-BTM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **FOUR (4) MONTHS.**

BARRY TED MOSKOWITZ
UNITED STATES DISTRICT JUDGE

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL